UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | CR 22-00573-FWS-2 | Date | October 6, 2025 |
|---|---|---|---|
| Present: The Honorable | FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Damian Velazquez for Rolls Royce Paschal | Debbie Hino-Spaan | Wilson Park |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Ronny Rojas | X | X | | 2) Mark Windsor (CJA) | X | X | |
| | | | | Amy Jacks (CJA) | X | X | |

**PROCEEDINGS:** HEARING REGARDING AMENDED STIPULATION TO CONTINUE TRIAL DATE [278]

Hearing Regarding Amended Stipulation to Continue Trial Date [278] held. For the reasons stated on the record, the parties are ordered to submit an Amended Stipulation to Continue Trial on October 7, 2025 by 5:00 p.m. Order to be issued.

0 : 28

Initials of Deputy Clerk  dve

cc: